Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of _____

Division

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

NOV 03 2025

FILED

Janice Ramirez

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Dr. Caroline Sullivan et al

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. CV125-261
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

> **NOTICE**
>
> Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
>
> Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.
>
> In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Janice Ramirez
Address: 6018 Sanibel Drive
Augusta, GA 30909
City: Augusta   State: GA   Zip Code: 30909
County: Richmond
Telephone Number: 706-414-7885
E-Mail Address: Ramirez.janice.0608@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Caroline Sullivan
Job or Title (if known): Program Director
Address:
City   State   Zip Code

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

County Fulton County

Telephone Number

E-Mail Address *(if known)*

Individual capacity    Official capacity

Defendant No. 2

Name Dr. Brian M. Blake

Job or Title *(if known)* President

Address

*City*    *State*    *Zip Code*

County Fulton

Telephone Number

E-Mail Address *(if known)*

Individual capacity    Official capacity

Defendant No. 3 Dr.

Name Dr. Nicolle Parsons-Pollard

Job or Title *(if known)* Provost and Executive VP

Address

*City*    *State*    *Zip Code*

County Fulton

Telephone Number

E-Mail Address *(if known)*

Individual capacity    Official capacity

Defendant No. 4

Name Paul Alberto

Job or Title *(if known)* Dean of College of Education

Address

                                          *City*           *State*           *Zip Code*

County Fulton

Telephone Number

E-Mail Address *(if known)*

                                      (Individual capacity)    (Official capacity)

See attachment for additional defendants: Attachment

**II. Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

            Federal officials (a *Bivens* claim)

          ✓ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th Amendment Procedural due process
First Amendment Retaliation
Title IX Retaliation (20 USC. 1681 et seq)

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Richmond County

B. What date and approximate time did the events giving rise to your claim(s) occur? 08/2022 through 04/2024

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was dismissed from the MAT ESOL program on 11/3/2023 and without due process and in retaliation for protected communication(s).

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional distress

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

a. Injunctive relief, reinstatement into MAT ESOL program
b. Compensatory damages for economic loss and emotional distress, including humiliation, anxiety, and loss of educational opportunities;
c. Enter a judgment in her favor against all defendants;
d. Declare that Defendants' actions violated her rights under the fourteenth and first Amendments and Title IX;
e. Award compensatory damages for economic loss and emotional distress; including humiliation, anxiety, and loss of educational opportunities
f. Award punitive damages for reckless and malicious conduct;

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/3/2025

Signature of Plaintiff

Printed Name of Plaintiff: Janice Ramirez

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number: 706-414-7885

E-mail Address: Ramirez.janice.0608@gmail.com