In the United States District Court
for the Southern District of Georgia
Augusta, Division
Ramirez v. Caroline Sullivan, et al

Civil Action No 1:25-cv-00261

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
AND MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS**

JAN 28 2026

Plaintiff Janice Ramirez, proceeding pro se, respectfully moves the Court for (1) leave to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a), and (2) an extension of time to serve Defendants pursuant to Federal Rule of Civil Procedure 4(m). In support thereof, Plaintiff states as follows:

1.  This action arises under federal law, including 42 U.S.C. § 1983 and the First and Fourteenth Amendments to the United States Constitution.

2.  Upon further review of the pleadings and applicable jurisdictional requirements, Plaintiff determined that diversity jurisdiction under 28 U.S.C. § 1332 does not apply to this case.

3.  Plaintiff therefore removed the diversity-of-citizenship section from the prior complaint and clarified that this Court's subject-matter jurisdiction is based solely on federal-question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

4.  The proposed Amended Complaint corrects and streamlines the jurisdictional allegations, clarifies the basis for federal jurisdiction, and more clearly sets forth Plaintiff's constitutional claims.

5.  No defendant has been served in this action, and the requested amendment is sought in good faith, at an early stage of the proceedings, and will not cause undue delay or prejudice to any party.

6.  Plaintiff also respectfully requests an extension of time to serve Defendants. Good cause exists for an extension because Plaintiff has been diligently working to:
    a. Correct jurisdictional and pleading deficiencies;
    b. Identify the proper entities and individuals authorized to accept service;
    c. Prepare waiver-of-service requests and, if necessary, arrange for formal service through a process server.

7.  Plaintiff is proceeding pro se and seeks a brief extension to ensure proper and lawful service of all Defendants in both their individual and official capacities, thereby promoting judicial efficiency and avoiding unnecessary disputes regarding service.

8.  Granting an extension will not prejudice Defendants, as none have yet been served and the case remains at a preliminary stage.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Grant leave to file the Amended Complaint;
B. Grant an extension of time to serve Defendants pursuant to Rule 4(m); and
C. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Janice Ramirez
Plaintiff, Pro Se
6018 Sanibel Drive
Augusta, GA 30909
706-414-7885
Ramirez.janice.0608@gmail.com

January 28, 2026

/s/ Janice Ramirez