IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JANICE RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>DR. GERTRUDE TINKER SACHS,<br>TYANNE PETHEL; and<br>DR. CAROLINE SULLIVAN,<br><br>Defendants.[1] | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV 125-261 |

**SCHEDULING ORDER**

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, and the Rule 26(f) Report, the Court imposes the following scheduling deadlines:

| | |
|---|---|
| DATE ISSUE JOINED | April 16, 2026 |
| DATE OF RULE 26(f) CONFERENCE | April 30, 2026 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | June 15, 2026 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | June 29, 2026 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY A DEFENDANT | July 29, 2026 |
| CLOSE OF DISCOVERY | October 13, 2026 |
| JOINT STATUS REPORT[2] | October 13, 2026 |

[1]The Clerk of Court is **INSTRUCTED** to update the Defendants listed on the docket in accordance with the caption above, which are the only Defendants named in the operative Third Complaint. (See doc. no. 16.)

[2]On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps - Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps. Any extension of the discovery period automatically extends the Joint Status Report deadline.

| | |
|---|---|
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | November 12, 2026 |

The Court will not impose the arbitrary limitations or procedures not agreed to by Defendants that are proposed by Plaintiff in the Rule 26(f) Report. (See doc. no. 29, ¶¶ 7, 9, 10.) Discovery shall be conducted in accordance with the Federal Rules of Civil Procedure, and should any disputes arise, the parties should follow the Discovery Dispute Resolution Procedures for the undersigned, which can be found on the Court's website under Forms, Judge Epps - Instructions and Forms, Civil, Discovery Dispute Procedures.

SO ORDERED this 14th day of May, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA