IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JANICE RAMIREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-261 |
| | ) | |
| DR. GERTRUDE TINKER SACHS, | ) | |
| TYANNE PETHEL; and | ) | |
| DR. CAROLINE SULLIVAN, | ) | |
| | ) | |
| Defendants. | ) | |

---

**REVISED SCHEDULING ORDER**

---

Having considered Plaintiff's Consent Motion to Amend the Scheduling Order and Extend Expert Witness Deadlines, the Court **GRANTS** the motion. (Doc. no. 42.) The revised schedule is as follows:

| | |
|---|---|
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | August 13, 2026 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY A DEFENDANT | September 14, 2026 |
| CLOSE OF DISCOVERY | November 30, 2026 |
| JOINT STATUS REPORT[1] | November 30, 2026 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | December 30, 2026 |

All provisions of the prior Scheduling Order not revised herein shall remain in full force and effect.

SO ORDERED this 16th day of July, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]The Joint Status Report can be found on the Court's website under Forms, Judge Epps - Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.